IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Larry Corbett Hudnall, | ) |
|                 Plaintiff, | ) |
| v. | )   CIV 05-259 PHX EHC (VAM) |
| State of Arizona, et al, | )   O R D E R |
|                 Defendant. | ) |

By Order filed August 1, 2005 (Doc. 10), plaintiff was given until August 29, 2005 to file a response to defendant Maricopa County's Motion to Dismiss. A review of the docket indicates that plaintiff has not filed a response.

**Plaintiff is cautioned that it is his obligation to timely respond to all motions. The failure of plaintiff to respond to defendant's Motion to Dismiss may in the discretion of the Court be deemed a consent to the granting of that Motion without further notice, and judgment may be entered dismissing the complaint and action with prejudice pursuant to Local Rule 1.10(i).** See <u>Brydges v. Lewis</u>, 18 F.3d 651 (9th Cir. 1994) (per curiam).

Plaintiff will be given one more opportunity to respond to defendant's Motion to Dismiss.

**IT IS THEREFORE ORDERED** that plaintiff file a response to defendant's Motion to Dismiss no later than December 5, 2005 or risk dismissal of this action.

**IT IS FURTHER ORDERED** that defendant may file a reply by December 19, 2005.

DATED this 21st day of November, 2005.

_____
Virginia A. Mathis
United States Magistrate Judge

2